# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JOSH BRITTON,**  **PLAINTIFF**
**ADC #163838**

v.   CASE NO.  4:16CV00609 BSM

**PULASKI COUNTY REGIONAL DETENTION FACILITY**   **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 10] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Josh Britton's complaint [Doc. No. 1] is dismissed without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action constitutes a strike within the meaning of the Prison Litigation Reform Act (PLRA). *See* 28 U.S.C. § 1915(g). Finally, an *in forma pauperis* appeal from the order and judgment dismissing this action will not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE